SAMUEL NELSON, as domiciliary Executor of the Estate of Olof Zetterlund, deceased; SAMUEL NELSON, as devisee and distributee under the Last Will and Testament of Olof Zetterlund, deceased, suing on behalf of himself and all other persons similarly situated; SAMUEL NELSON, as a stockholder of Elsinore Beach Corporation, a Florida corporation, and of Halland Land Company, A Florida corporation, suing on behalf of himself and all other stockholders of each of said corporations; WILSINORE BEACH CORPORATION, a Florida corporation; and HALLAND LAND COMPANY, a Florida corporation, v. BEVERLY BEACH PROPERTIES, INC., a Florida corporation; JABES Q BURDET; ELLEN W. BURDET; GLYNN O. RASCO; DORA MILLER; HAROLD M. DAVIDSON; SAMUEL FRIEDLAND; ELSIE Z. WEAVER; HELEN WRIGLEY McGARRY, as domiciliary Executrix of the Estate of Paul D. McGarry, deceased; BEN J. SLUTSKY and MARION SLUTSKY; and JULIUS SLUTSKY and ALICE SLUTSKY.

32 So. (2nd) 920                                              June Term, 1947
December 19, 1947                                              Division B

*Carl A. Hiaasen, McCune, Hiaasen, Fleming & Kelley,* for plaintiffs.

*John C. Sullivan,* for defendants.

PER CURIAM:

We do not thing the question propounded comes within the

purview of Rule 38 of this Court and the answer to the question is declined.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.